IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNY FRANKLIN EDMONSON                                          PETITIONER

vs.                                      CIVIL ACTION NO. 3:14-CV-68 HTW-LRA

BILLIE SOLLIE AND JIM HOOD                                      RESPONDENTS


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  The respondents also have informed this court that the Mississippi state charges against the petitioner, of which the petitioner complained were not being speedily prosecuted, have been *nolle prossed*.  Thus, the petitioner's claims are rendered moot.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant with prejudice for failure to state a claim and for failure to exhaust available state remedies.

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2014.

                                           s/ Henry T. Wingate
                                           UNITED STATES DISTRICT JUDGE